**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ESTUARDO MALDONADO VALIENTE,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN ADELANTO DETENTION FACILITY, <u>et</u> <u>al.</u>,<br><br>　　　　　　Respondents. | Case No. ED CV 26-1604 FMO (DSR)<br><br>**ORDER RE: FURTHER PROCEEDINGS** |

The Court is in receipt of petitioner's Petition for Writ of Habeas Corpus ("Petition"), which was filed pursuant to 28 U.S.C. § 2241. This action has been referred to the assigned Magistrate Judge pursuant to General Order 05-07. To facilitate prompt resolution of this action, the parties shall comply with the expedited briefing schedule set forth in General Order 26-05.

Each party may file objections to the findings and recommendations made by the Magistrate Judge. <u>See</u> 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Given the nature of the relief sought in the Petition, the Court finds that a shortened objection period is warranted here. <u>See</u> <u>United States v. Barney</u>, 568 F.2d 134, 136 (9th Cir. 1978) (<u>per</u> <u>curiam</u>) (holding that a district court may shorten the time for filing objections where exigencies existed). Accordingly, any objections to the Magistrate Judge's findings and recommendations must be filed within **three**

**(3) calendar days** of the filing date of the Report and Recommendation.  Unless otherwise ordered, by this Court or the Magistrate Judge, untimely objections will not be considered.

In light of the expedited briefing schedule set forth in General Order 26-05, the Court will generally not entertain ex parte applications/motions for temporary restraining orders or preliminary injunctions.  Such applications/motions will only be considered if the petitioner demonstrates "imminent, irreparable harm that cannot be addressed under the standard scheduling order or by expediting the briefing schedule." See General Order 26-05 at 5.

Dated this 20th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge